1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BLUE MOUNTAIN HOMES LLC,

11           Plaintiff,                    No. CIV S-11-2155 KJM DAD PS

12      vs.

13   RONNIE D. BELL, et al.,               ORDER

14           Defendants.

15   _____/

16          By Notice of Removal filed August 15, 2011, this unlawful detainer action was

17   removed from Solano County Superior Court by defendant Renee L.H. Bell, who is proceeding

18   pro se.[1]  Accordingly, the matter has been referred to the undersigned for all purposes

19   encompassed by Local Rule 302(c)(21).

20          On August 22, 2011, the undersigned filed findings and recommendations

21   recommending that this action be summarily remanded to the Superior Court of California,

22   County of Solano and that this case be closed.  The time for filing objections to those findings

23   and recommendations has expired, and the findings and recommendations have been submitted

24   to the assigned district judge for review.

25   _____

26          [1]  Named defendant Ronnie D. Bell has not joined in the removal.

1

1    On October 28, 2011, plaintiff filed a motion to remand.  (Doc. No. 10.)  This

2  motion has been noticed for hearing before the undersigned on December 2, 2011.  As noted

3  above, however, on August 22, 2011, the undersigned issued findings and recommendations

4  recommending that this matter be remanded.

5    Accordingly, IT IS HEREBY ORDERED that the noticed hearing on plaintiff's

6  motion to remand (Doc. No. 10) is vacated and that motion is dropped from the court's

7  December 2, 2011 law and motion calendar.  The motion may be re-noticed if this case is not

8  remanded by the assigned district judge upon review of the undersigned's findings and

9  recommendations recommending remand.

10  DATED: November 22, 2011.

12  _Dale A. Drozd_

13  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

14  DAD:6
    Ddad1\orders.pro se\bluemtn-bell2155.vac.hrg