IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLUE MOUNTAIN HOMES LLC,

     Plaintiff,                   No. CIV S-11-2155 KJM DAD PS

    vs.

RONNIE D. BELL, et al.,          ORDER

     Defendants.

_____/

       By Notice of Removal filed August 15, 2011, this unlawful detainer action was removed from Solano County Superior Court by defendant Renee L.H. Bell, who is proceeding pro se.[1] Accordingly, the matter has been referred to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

       On August 22, 2011, the undersigned filed findings and recommendations recommending that this action be summarily remanded to the Superior Court of California, County of Solano and that this case be closed. The time for filing objections to those findings and recommendations has expired, and the findings and recommendations have been submitted to the assigned district judge for review.

---

[1] Named defendant Ronnie D. Bell has not joined in the removal.

1

1        On October 28, 2011, plaintiff filed a motion to remand. (Doc. No. 10.) This motion has been noticed for hearing before the undersigned on December 2, 2011. As noted above, however, on August 22, 2011, the undersigned issued findings and recommendations recommending that this matter be remanded.

         Accordingly, IT IS HEREBY ORDERED that the noticed hearing on plaintiff's motion to remand (Doc. No. 10) is vacated and that motion is dropped from the court's December 2, 2011 law and motion calendar. The motion may be re-noticed if this case is not remanded by the assigned district judge upon review of the undersigned's findings and recommendations recommending remand.

DATED: November 22, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\bluemtn-bell2155.vac.hrg

2